# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Ana Basiliza Peralta  aka Ana Tavarez          CHAPTER 7
aka Ana Basiliza Torres

                                                       BKY. NO. 19-13493 MDC

                      Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK NATIONAL  ASSOCIATION and index same on the master mailing list.

                                             Respectfully submitted,
                                      **/s/ Rebecca A. Solarz Esquire**
                                      Rebecca A Solarz, Esquire
                                      Kevin G. McDonald, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322